This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | EXPARTE EVICTION ORDER | For Court Use Only |
|---|---|---|
| Cook COUNTY | | |

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*.

Check the box for Unknown Occupants if it was checked on *Eviction Complaint*.

**Plaintiff** *(For example, the landlord or owner)*:

Draper and Kramer, Inc., as Managing Agent for Lake Meadows Phase I Limited Partnership

v.

**Defendants** *(For example, the tenants or occupants)*:
Yasmine T. Lamar, Ryan N. Smith and Any and All Unknown Occupants

20181710362
**Case Number**

☑ **Unknown Occupants**

| **Notice to Defendants:** | This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. Do not agree to or sign off on this *Order* if:<br>• You have an agreement with Plaintiff that lets you stay in the property; or<br>• Plaintiff has agreed to dismiss this case if you move out by a certain date. |
|---|---|

Check this box if the judge dismissed any Defendants from the case. Enter the names of those Defendants.

In 1, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

In 2, enter the date and time by which Defendants must move out.

In 3, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the *Eviction Complaint*.

In 4, check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.

**Sections 1-4 must be completed.**

☑ The following individuals are dismissed as Defendants, and this *Order* does not apply to them:
Ryan N. Smith

1. Plaintiff is given possession of the property located at:
3445 S. Rhodes Ave.                                             1205
*Street address*                                                    *Unit*
Chicago                          IL        60616
*City*                           *State*   *ZIP*

2. Defendants must move out of the property on or before August 16, 2018 by ☒ 11:59 p.m.
*Date*
or by ☐ _____
*Time*

3. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants: Yasmine T. Lamar and Any and All Unknown Occupants                                                   ☑ Unknown Occupants

4. Plaintiff is owed *(check all that apply)*: ☐ No money claimed in *Eviction Complaint*
   ☐ Money claim dismissed and Plaintiff may seek this money in the future
   ☐ Money claim dismissed and Plaintiff may not seek this money in the future
   ☑ $ 2465.89      in rent or assessments
   ☑ $ 541.50       in court costs
   ☐ $ _____      in attorneys' fees *(if allowed)*
   ☐ The total judgment amount of $ 3007.39 is entered against the following Defendants:
   Yasmine T. Lamar

   ☐ The Court is not yet ruling on the money claim. Case continued to _____
   for ☐ status ☐ hearing in courtroom _____
   *Date*    *Time*
   and the Court finds there is no just reason to delay enforcement or appeal of this Eviction Order.
   Associate Judge James Richardson, Jr.

Enter the name and contact information of the person completing this *Order*.

**Name:** BRG Law Group/Adair Macauley
**Address:** 55 E. Monroe, Ste. 3900 Chicago
**Telephone #:** (312) 252-4303
**Attorney # *(if any)*:** 47096

**ENTERED:** _____
*Date*        AUG -8 2018

Circuit Court - 2216

*Judge*

E-O 3500.2                                    Page 1 of 1                                    (12/17)