# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YASMINE LAMAR, | ) | |
| Individually and on behalf of | ) | |
| a class of others similarly situated, | ) | Case No.      1:20-cv-00377 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Honorable Judge Gary S. Feinerman |
| | ) | |
| IQ DATA INTERNATIONAL, INC., | ) | Magistrate Judge Susan E. Cox |
| and DRAPER AND KRAMER, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JOHN C. OCHOA IN SUPPORT OF DEFENDANT DRAPER AND
KRAMER, INC.'S MOTION TO DISMISS UNDER
<u>FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>**

I, John C. Ochoa, being duly sworn upon my oath, do depose and state that I am of legal age, suffering under no legal disability, and can competently testify based upon my personal knowledge as to the matters stated herein.

1. I am an attorney licensed to practice in the state of Illinois and in the Northern District of Illinois. I represent the defendant Draper and Kramer, Inc. in this matter.

2. On April 1, 2020, in the course of investigation of the allegations of Plaintiff's Complaint, I requested from Paul Gamboa, counsel of record for IQ Data International, Inc., any documentation reflecting Plaintiff Lamar's alleged payment of $50 to IQ Data.

3. On April 13, 2020, I received from Mr. Gamboa a document, which was represented to me as provided to Mr. Gamboa from IQ Data's IT personnel, concerning Plaintiff's alleged payment of $50. A true and accurate copy of this document is attached to this Declaration as Exhibit 1. Plaintiff's account number has been redacted from this document.

[x]  Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on: June  25, 2020

/s/ John C. Ochoa

2

# Exhibit 1

```
RAN CREDIT CARD OR DEBIT CARD -- DECLINED
EPPCC:              Name LAMAR,YASMINE
  Error: Declined 33051 Insufficient Funds on Card (51)
  PDate: 08/09/19 Amt:  Acct# ███████████
```