**DRAPER & KRAMER**

## STATEMENT OF DEPOSIT

| | | | |
|---|---|---|---|
| **From:** | Lake Meadows Phase I | **Date Printed :** | 08/30/2018 |
| | Lake Meadows Phase I | | |
| | 500 EAST 33RD STREET, 1ST FLR | | |
| | Chicago, IL 60616 | | |

**Account Number** ▮▮▮▮▮▮

**To:** Yasmine Lamar
3445 S RHODES AVE UNIT 1205
CHICAGO. IL 60616

| | | **Co-Residents:** |
|---|---|---|
| **Occupy Date :** | 10/31/2017 | Ryan Smith |
| **Lease From Date:** | 10/31/2017 | |
| **Lease Expire Date:** | 04/30/2019 | |
| **Date Notified of Vacate:** | 07/03/2018 | |
| **Vacate Date:** | 08/28/2018 | |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| | Balance as of 8/01/2018 | | | 1,700.89 | |
| 08/01/2018 | Apartment Rent (08/2018) | 730.00 | 0.00 | 2,430.89 | 6369588 |
| 08/01/2018 | Utilities Reimbursed (08/2018) | 35.00 | 0.00 | 2,465.89 | 6370213 |
| 08/05/2018 | Legal Fee | 966.25 | 0.00 | 3,432.14 | 6444396 |
| 08/30/2018 | Apartment Rent (08/2018) Credit 3 days | -70.65 | 0.00 | 3,361.49 | 6444411 |
| 08/30/2018 | Utilities Reimbursed (08/2018) Credit 3 days | -3.39 | 0.00 | 3,358.10 | 6444412 |
| 08/30/2018 | Damages/Cleaning 5yr carpet life..installed 03/16..prorated 427.00 for 3 yrs | 256.00 | 0.00 | 3,614.10 | 6444413 |
| 08/30/2018 | Damages/Cleaning Furniture/trash disposal | 150.00 | 0.00 | 3,764.10 | 6444414 |
| 08/30/2018 | Damages/Cleaning Missing Fob | 50.00 | 0.00 | 3,814.10 | 6444415 |
| 08/30/2018 | Damages/Cleaning Missing Public access key 2 @25.00 | 50.00 | 0.00 | 3,864.10 | 6444416 |
| 08/30/2018 | Damages/Cleaning Missing laundry card | 5.00 | 0.00 | 3,869.10 | 6444417 |
| 08/30/2018 | Damages/Cleaning Missing Apt keys 4 @25.00 | 100.00 | 0.00 | 3,969.10 | 6444418 |

THANK YOU FOR YOUR RESIDENCY AT LAKE MEADOWS APARTMENTS. PLEASE SEE THE ITEMIZED LIST OF CLEANING AND/OR DAMAGE CHARGES ASSESSED. THERE IS A BALANCE OF __$3969.10_____, ANY UNPAID BALANCES WILL BE TURNED OVER TO COLLECTIONS THE DATE THE FINAL STATEMENT IS COMPLETE. MONEY ORDERS ARE NOT ACCEPTED. PLEASE FEEL FREE TO CALL US AT 312-842-7333 IF YOU HAVE ANY QUESTIONS.

**Manager's Signature:** _GAuedham_