# I.Q. Data International, Inc.

P.O. Box 340, Bothell, Washington 98041-0340 ·21222 30th Drive SE, Suite 120, Bothell, WA 98021-7012
Hours: Monday-Friday 8AM TO 5PM PST · Toll Free 888-248-2509 or 425-609-2150 Fax: 425-609-2104



August 2, 2019

Creditor: LAKE MEADOWS I APTS (IL)
Principal Due:          $3969.10          PDC-Account #: ▮▮▮▮▮▮▮
Interest Due:            $184.32
Total Due:              $4153.42

Dear YASMINE LAMAR

We have received a post-dated payment for your account. As per our conversation we will be depositing your payment in the amount of $50.00 on 08/09/19 into our trust account. However, if your payment is declined/returned for any reason, your payment arrangements will be null and void. If you have any questions or concerns please feel free to contact our office.

Thank you for your payment!

Sincerely,

CESAR GALVAN
Account Representative
888-248-2509

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose. Your outstanding principal balance will accrue interest at a rate of 005.00 percent per annum.

CCORENT01PDC_331079617

***Detach Lower Portion and Return with Payment***

| Card number plus 3 or 4-digit security code (on back of card) | | Circle One |
|---|---|---|
| Cardholder Name | EXP. DATE / | |
| Cardholder Signature | AMOUNT $ | |

IQD
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

August 2, 2019                                      I.Q. Data International, Inc.
                                                   P.O. Box 340
                                                   Bothell, WA 98041-0340
PDC
YASMINE LAMAR
RYAN SMITH
3745 S Indiana Ave
Chicago IL 60653-1602

                                                   Account # ▮▮▮▮▮▮
                                                   Total Due: $4153.42