**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YASMINE LAMAR, Individually and on behalf of a class of others similarly situated, | ) ) ) ) | |
| | | Case No. 20-cv-00377 |
| Plaintiff, | ) ) ) | Honorable Judge Gary Feinerman |
| vs. | ) ) | Magistrate Judge Susan E. Cox |
| IQ DATA INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's July 9, 2020 Order (*docket entry* #42), Plaintiff Yasmine Lamar ("Plaintiff") and Defendant I.Q. Data International, Inc. ("I.Q. Data") respectfully submit the following as their Joint Status Report addressing: (1) the discovery they have completed; (2) the discovery that remains to be taken; (3) any foreseeable obstacles to meeting the deadlines set forth in this order; and (4) whether there is a need for the 10/14/2020 status hearing.

**(1) Discovery Completed:**

The Parties have completed their MIDP disclosures.

Plaintiff served her written discovery responses on I.Q. Data on September 28, 2020, and counsel for I.Q. Data is in the process of reviewing same for completion.

I.Q. Data served its responses to Plaintiff's requests for admission on September 28, 2020. Plaintiff provided I.Q. Data a two-week extension, until October 12, 2020, to serve its responses to Plaintiff's interrogatories and requests for production of documents, as I.Q. Data will be seeking entry of an agreed confidentiality order to govern the production of certain documents.

**(2) Discovery Remaining:**

The Parties anticipate the need for 3-5 depositions.

**(3) Foreseeable Obstacles to Meeting Deadlines:**

The Parties presently do not foresee any obstacles to meeting the deadlines in the Court's

July 9, 2020 Order.

**(4) Need for the October 14, 2020 Status Hearing:**

I.Q. Data intends to notice its motion for entry of a confidentiality order for hearing at the

October 14, 2020 status hearing. I.Q. Data would like to keep the October 14, 2020 status

hearing on calendar to discuss the referral of this matter to the Magistrate Judge for a potential

settlement conference.

Dated: October 7, 2020

Respectfully submitted,                              Respectfully submitted,


By:  /s/*Mary Frances Charlton*_____          By: /s/*Christina R. Spiezia* _____
      (*With consent*)
Mary Frances Charlton                                   Paul Gamboa
Arturo Hernandez                                        Christina R. Spiezia
Patricia Nix Hodes                                      Gordon Rees Scully Mansukhani, LLP
Chicago Coalition for the Homeless                      One North Franklin, Suite 800
70 E. Lake Street, Suite 720                            Chicago, Illinois 60606
Chicago, Illinois, 60601                                Phone: (312) 619-4937
Phone: (312) 459-6607                                   Fax: (312) 565-6511
maryfrances@chicagohomeless.org                         pgamboa@grsm.com
arturo@chicagohomeless.org                              cspiezia@grsm.com
pnixhodes@yahoo.com                                     *Attorneys for Defendant I.Q. Data*
*Attorneys for Plaintiff*                               *International, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, states that on October 7, 2020, a true and complete copy of the filed foregoing document was served upon the below attorneys by filing same electronically with the United States District Court, Northern District of Illinois, via the CM/ECF electronic filing system.

***<u>Attorneys for Plaintiff</u>***
Mary Frances Charlton
Arturo Hernandez
Patricia Nix Hodes
Chicago Coalition for the Homeless
70 E. Lake Street, Suite 720
Chicago, IL 60601
maryfrances@chicagohomeless.org
arturo@chicagohomeless.org
pnixhodes@yahoo.com

Charles Delbaum
Andrea Bopp Stark
National Consumer Law Center
7 Winthrop Square
Boston, MA 02110-1245
617-542-8010
cdelbaum@nclc.org
astark@nclc.org

Dated:  October 7, 2020

Respectfully Submitted,

**GORDON & REES, LLP**

By:     s/*Christina R. Spiezia*
  Paul Gamboa (ARDC #6282923)
  Christina R. Spiezia (ARDC #6316508)
  Gordon & Rees LLP
  One North Franklin, Suite 800
  Chicago, Illinois 60606
  (312) 619-4937 (Telephone)
  (312) 565-6511 (Facsimile)
  pgamboa@grsm.com
  cspiezia@grsm.com
  *Attorneys for Defendant*
  *IQ Data International, Inc.*