# **<u>EXHIBIT 4</u>**

# I.Q. Data International, Inc.

P.O. Box 340, Bothell, Washington 98041-0340 •21222 30th Drive SE, Suite 120, Bothell, WA  98021-7012
Hours: Monday-Friday 8AM TO 5PM PST • Toll Free 888-248-2509 or 425-609-2150 Fax: 425-609-2104
Send all Written Disputes to: P.O. Box 39, Bothell, WA 98041-0039

CERTIFIED
ACA INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

September 10, 2018

Creditor: LAKE MEADOWS I APTS (IL)                    PRE - Account #: 0008406526

Amount Due:          $3969.10

Dear YASMINE LAMAR,

We hope your experience while living at LAKE MEADOWS I APTS (IL) was pleasant.  This is a courtesy letter to follow up on the move-out report sent to you after you vacated the apartment. A balance was left owing of $3969.10.  Please remit payment in full or contact our office to make payment arrangements.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you make a request in writing to this office within 30 days after receiving this notice this office will provide you with the name and address of the original creditor if different from the current creditor.

Sincerely,
KEN BANKS
Account Representative
888-248-2509

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

CCORENT01PRE_071757060

***Detach Lower Portion and Return with Payment***

| Card number plus 3 or 4-digit security code (on back of card) | | Circle One |
|---|---|---|
| Cardholder Name | EXP. DATE / | VISA |
| Cardholder Signature | AMOUNT $ | MasterCard |

IQD
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

September 10, 2018

I.Q. DATA INTERNATIONAL, INC.
P.O. Box 340
Bothell, WA 98041-0340

PRE

YASMINE LAMAR
RYAN SMITH
3445 S Rhodes Ave Apt 1205
Chicago IL 60616-4268

Account # 0008406526
Amount Due: $3969.10

IQ DATA0020