**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YASMINE LAMAR, | ) | |
| Individually and on behalf of a class of others similarly situated, | ) ) | Case No. 20-cv-00377 |
| | ) | |
| Plaintiff, | ) | Honorable Judge Gary Feinerman |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| IQ DATA INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:    All Counsel of Record

On Wednesday, January 7, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Gary Feinerman, or any judge sitting in his stead, in courtroom 2141 in the United States District Court for the Northern District of Illinois Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendant I.Q. Data International, Inc.'s Motion for Summary Judgment.

Dated:  December 28, 2020                          Respectfully submitted,

By:  /s/ *Christina R. Spiezia*                               
Paul Gamboa
Christina R. Spiezia
GORDON REES SCULLY MANSUKHANI, LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
(312) 619-4937
pgamboa@grsm.com
cspiezia@grsm.com
*Attorneys for Defendant*
*I.Q. Data International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on December 28, 2020, a true and complete copy of the filed foregoing document was served upon the below attorneys by filing same electronically with the United States District Court, Northern District of Illinois, via the CM/ECF electronic filing system.

*Attorneys for Plaintiff*
Mary Frances Charlton
Arturo Hernandez
Patricia Nix Hodes
Chicago Coalition for the Homeless
70 E. Lake Street, Suite 720
Chicago, Illinois 60601
(312) 459-6607
maryfrances@chicagohomeless.org
arturo@chicagohomeless.org
pnixhodes@yahoo.com

Andrea Bopp Stark
Charles Marshall Delbaum
National Consumer Law Center
7 Winthrop Square
Boston, Massachusetts 02110
(617) 542-8010
astark@nclc.org
cdelbaum@nclc.org

Dated: December 28, 2020          Respectfully submitted,

By:   /s/*Christina R. Spiezia*
         GORDON REES SCULLY MANSUKHANI LLP
         Paul Gamboa (#6282923)
         Christina R. Spiezia (#6316508)
         One North Franklin, Suite 800
         Chicago, Illinois 60606
         Phone: (312) 619-4937
         Fax: (312) 565-6511
         pgamboa@grsm.com
         cspiezia@grsm.com
         *Attorneys for Defendant*

1204478/49956260v.1