IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YASMINE LAMAR,<br>on behalf of plaintiff and a class,<br><br>　　　　Plaintiff,<br><br>　Vs.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Docket No. 1:20-cv-377<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**

The Court, after a hearing held on July 13, 2021, and upon consideration of Plaintiff's unopposed Motion for Attorneys' Fees, Costs, and Incentive Award, and upon the Court's finding that the attorneys' fees sought in the Motion are reasonable in light of the number of hours worked, hourly rates charged, and result obtained for the class members,

It is hereby ORDERED that:

A. Class Counsel is awarded fees and costs in the amount of $65,000;

B. Plaintiff Yasmine Lamar is awarded $2,000 for her service to the settlement class; and

C. Defendant shall pay all such sums in accordance with the terms of the Settlement Agreement.

Dated: 7/13/2021

BY THE COURT:

_____
Hon. Gary S. Feinerman
U.S. District Court Judge